## CONSENT TO JOIN COLLECTIVE ACTION

By signing below, I state that I am currently or was formerly employed by KTech Management Corp. d/b/a 49.99 Sewer Service ("Defendant") at some period during the previous three years. I also state that I was required to report to work approximately sixty (60) hours per week in twelve (12) hour shifts but was not paid overtime wages for hours worked over forty (40) or the minimum wage for time prior to forty (40) hours. I hereby consent to join the lawsuit entitled <u>Molina v. Management Corp. d/b/a 49.99 Sewer Service et al</u>, Case No.: 15-cv-1240 (RRM)(CLP) brought pursuant to the Fair Labor Standards Act.

I hereby designate The Rose Law Group, PLLC ("Plaintiffs' Counsel") to represent me for all purposes of this action.

I also designate the Class Representative, Efrain Molina, who brought the lawsuit as my agent to make decisions on my behalf concerning the litigation and the method and manner of conducting this litigation. I also state that I have entered into my own retainer agreement with Plaintiffs' Counsel or consent to the retainer agreements entered into by the Class Representatives concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_4 - 16 - 2015_
Date

_1 OCT. 2013_
Dates of Employment with Defendant

_Ramon Medina_ (signature)
Signature

_Ramon Medina_
Full Legal Name (Print)